# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                                **CASE NO.** 25-20079-DDC-ADM

**LORENZO MANNING,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1
**Escape From Custody**
**[18 U.S.C. § 751(a)]**

On or about April 27, 2020, in the District of Kansas, the defendant,

**LORENZO MANNING,**

knowingly escaped from the custody of the Grossman Reentry Center, a residential reentry center in Leavenworth, Kansas, an institutional facility in which he was lawfully confined at the direction of the Attorney General, where he had been placed by virtue of an order of the United States District Court for the Western District of Missouri, case

1

number 16-00285-01-CR-W-DGK, upon revocation of his supervised release following his conviction for Escape from Custody.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

September 30, 2025　　　　　　　　　s/Foreperson
DATE　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Jabari B. Wamble
JABARI B. WAMBLE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: jabari.wamble@usdoj.gov
Ks. S. Ct. No. 22730

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

### **Count 1: Escape From Custody**

- Punishable by a term of imprisonment of not more than (5) five years in custody.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).