IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:25-CR-20079-JAR |
| LORENZO MANNING, | |
| Defendant. | |

## VERDICT

We, the jury in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant, Lorenzo Manning,

**VERDICT AS TO COUNT 1**

As to the crime charged in Count 1 of the Indictment, we find the defendant, Lorenzo Manning:

_____ Not Guilty

\_\_X\_\_ Guilty

DATED this 21st day of January 2026.

FOREPERSON